UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
Dec. 16, 2009
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

TERENCE MOSES )
 )
Plaintiff, )
 )
vs. ) CASE NO. 3:09-CV-1495-CSH
 )
USCB CORPORATION )
 )
Defendant. )
 )
 )

### DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Terence Moses and pursuant to Fed. R. Civ. P. Rule 41 (a) (1) (A) (i) hereby files this voluntary dismissal. The Plaintiff and Defendant have reached a confidential settlement of all claims regarding this civil action.

THE PLAINTIFF

_____
TERENCE MOSES
260 LOMBARD ST
NEW HAVEN, CT 06513
(203) 619-2307